UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL RAY PITTS,

                Plaintiff,

     v.

DEPARTMENT OF CORRECTIONS, *et al.*,

                Defendants.

Case No. C18-0527-TSZ-MAT

REPORT AND RECOMMENDATION

      Plaintiff Michael Ray Pitts is currently in the custody of the Washington Department of Corrections. On April 9, 2018, plaintiff submitted to the Court for filing a civil rights complaint under 42 U.S.C. § 1983. (*See* Dkt. 1.) Plaintiff appears to allege in his complaint that he was improperly fired from his Corrections Industries job at the Monroe Correctional Complex–Special Offender Unit after a hostile exchange with another inmate who was directing racial slurs at plaintiff. (*See* Dkt. 1-1 at 3.) Plaintiff seeks relief in the form of a "cash settlement built on racism." (*See id*.)

      While plaintiff included with his complaint a motion to waive the filing fee for this action, he failed to submit his request on the form approved by this Court. (*See* Dkt. 1.) Thus, on April 11, 2018, the Clerk sent plaintiff a letter advising him that his submission was deficient and that

REPORT AND RECOMMENDATION - 1

he would have to submit the correct *in forma pauperis* application form by May 11, 2018, or risk dismissal of this action. (Dkt. 3.) Plaintiff was also provided a copy of the proper form. (*See id*.) To date, plaintiff has not submitted the proper *in forma pauperis* application form. As plaintiff has had ample time to correct the deficiency identified by the Clerk, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect the right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 8, 2018**.

DATED this 17th day of May, 2018.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2