UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL RAY PITTS, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF CORRECTIONS, *et al.*, <br><br> Defendants. | Case No. C18-0527-TSZ <br><br> ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 4, to which no objection was timely filed, hereby finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) This action is DISMISSED without prejudice for failure to prosecute; and

(3) The Clerk is directed to CLOSE this case and to send copies of this Order to plaintiff pro se and to Judge Theiler.

DATED this 18th day of June, 2018.

Thomas S. Zilly
United States District Judge

ORDER DISMISSING ACTION - 1